NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEXTER DEHAARTE, | **Hon. Dennis M. Cavanaugh** |
| Plaintiff, | **ORDER** |
| v. | Civil Action No. 04-CV-21(DMC) |
| THE CITY OF NEWARK, THE FIRE DEPARTMENT OF THE CITY OF NEWARK, DETECTIVE RAMON IRIZARRY and DETECTIVE CALVIN HUNT, | |
| Defendants. | |

<u>DENNIS M. CAVANAUGH, U.S.D.J.</u>:

This matter having come before the Court upon the motion of Defendants City of Newark, Fire Department of the City of Newark, Detective Irizarry and Detective Hunt for summary judgment against Plaintiff Dehaarte ("Plaintiff"), and the Court having reviewed all submissions; and for the reasons set forth in the Court's Opinion issued on this same day;

IT IS on this 6th day of March, 2006;

**ORDERED** that Defendants' motion for summary judgment as to Defendant Detective Hunt on all causes of action is **granted**; and it is further

**ORDERED** that Defendants' motion for summary judgment on Plaintiff's Third Cause of Action is **granted** to Defendants City of Newark and Newark Fire Department; and is **denied** as to Detective Irizarry; and it is further

**ORDERED** that Defendants' motion for summary judgment as to the remaining Defendants on Plaintiff's First and Second Causes of Action is **denied**.

       S/   Dennis   M.Cavanaugh
       Dennis M. Cavanaugh, U.S.D.J.

Date:   March 6, 2006
Original:   Clerk's Office